IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF WYOMING

In Re: )
)
COVERDELL, KEVIN )
)
) Case No. 09-20794
) Chapter 7
Debtor(s). )

## TRANSMITTAL OF UNCLAIMED FUNDS

Gary A. Barney, Trustee of the above estate, hereby respectfully reports:

1. That more than ninety days have passed since final distribution under 11 U.S.C. §726 was made in this case and I have stopped payment on all checks remaining unpaid and a stop payment has been placed on the remaining unpaid check and reissued to the United States Bankruptcy Court in the amount of $ 44.93.

2. That the names of the persons to whom such negotiated checks were issued, the amount of such checks, and their last known addresses are:

| **Name** | **Address** | **Amount** |
|---|---|---|
| Verizon Wireless | PO Box 3397<br>Bloomington, IL 61702 | $44.93 |

3. That the Trustee's check for $ 44.93 payable to the United States Bankruptcy Court is attached to this report and list.

DATED this 17TH day of October 2011.

/s/ Gary A. Barney
Gary A. Barney, Trustee